UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

_____ DIVISION

Ivan Cortes Rueda
_____
(Enter full name of plaintiff)

Plaintiff,

v.

Salem hospital
Andrew J Cleary
Corby W Makin
Bradley W Warner
Ryan S Porter
Woodburn Police department
Mathew J Stearns
Steve Sloan
Aaron Devoe
_____
(Enter full name of ALL defendant(s))

Defendant(s).

Civil Case No. 2:23-cv-1914 JR
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒ Yes    ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**   Name: Ivan Cortes Rueda #15695045
Street Address: 82911 Beach Access Rd
City, State & Zip Code: Umatilla OR 97882
Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)                    1
[Rev. 01/2018]

**Defendant No. 1**  Name: Salem Hospital
Street Address: 890 Oak st Se
City, State & Zip Code: Salem OR 97301
Telephone No.: 503 561 5200

**Defendant No. 2**  Name: Andrew J Cleary
Street Address: 890 Oak st Se
City, State & Zip Code: Salem OR 97301
Telephone No.: 503 561 5200

**Defendant No. 3**  Name: Corby W Makin
Street Address: 890 Oak st Se
City, State & Zip Code: Salem OR 97301
Telephone No.: 503 561 5200

**Defendant No. 4**  Name: Bradley W Warner
Street Address: 890 Oak st Se
City, State & Zip Code: Salem OR 97301
Telephone No.: 503 561 5200

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Defendant No 5 Name: Ryan S Porter
    Street Address: 890 Oak st SE
    City, state & ZIP Code: Salem OR 97301
    Telephone NO: 503 561 5200

Defendant No 6 Name: Woodburn Police Department
    Street Address: 1060 Mt Hood Ave
    City, state & zip Code: Woodburn OR 97071
    Telephone NO:

Defendant No 7 Name: Matthew J Stearns
    Street Address: 1060 Mt Hood Ave
    City, state & zip code: Woodburn OR 97071
    Telephone No:

Defendant No 8 Name: Steve Sloan
    Street Address: 1060 Mt Hood Ave
    City, State & ZIP Code: Woodburn OR 97071
    Telephone No:

Defendant No 9 Name: Aaron Devoe
    Street Address: 1060 Mt hood Ave
    City, state & zip code: Woodburn OR 97071
    Telephone No:

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Eight and fourteenth Amendment, Assault and battery Cruel and unusual punishment clause

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

In the morning of January 1, 2022 at 10:51 AM Plaintiff Ivan, Cortez, Rueda was found seriously wounded in the lower right buttock with what appeared to be a gunshot wound by a fully-metal jacket 9mm when found by friend - Brandi, Crab on the sidewalk located at 269 Grove Ave, Gervais OR. Woodburn paramedics were called on scene. Brandi Crab her significant other Diego chavez, Paramedics and officers that responded on scene, Deputy Sheriff - Cheremnov-Alexn (58668) from the Marion County sheriffs office along with officer Jared, Riehl from the city of mt angel witnessed Plaintiff Suffering alot of Pain focusing on the bullet wound (right buttock) where he was experiencing pain and with both hands applying preasure where the source of blood and pain was comming from. There was no indication of a exit wound infront of plaintiff as admitted by deputy Sheriff - Cheremnov, Alexan in her report. When hauled by paramedics forcibly in ambulance on route to salem hospital Paramedics Anesthetized plaintiff without consent and without notifying plaintiff what procedure was taking place. Upon arrival to salem hospital plaintiff regained consicieness waking to nurses inserting ventilator down plaintiffs throat. Plaintiff made several attempts to hand gesture to stop the procedure. Plaintiff was in stable condition to breathe properly, nurses ignored plea. At this point plaintiff made a attempt to remove ventilator himself, nurses then used unnecessary force holding plaintiffs arms down and anesthetized plaintiff once more without consent nor notifying plaintiff. Upon waking up from the anesthezia plaintiff was in hospital bed having no sensation to entire right leg and foot along with experiencing excruciating -

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Pain in scrotum, testicles and penis. When plaintiff asked nurses why he was experiencing alot of pain in his scrotum, testicles and penis area plaintiff was advised that he had underwent surgery because he had been shot in his lower right buttock and bullet exited out through scrotum and nearly hit tip of penis. Plaintiff was lost for words

and very confused because he couldn't believe their theory after knowing and being fully aware of the whole incident he experienced. Video footage obtained by Woodburn Police department shows plaintiff hoping on left leg being assisted into car. Another residence video footage shows plaintiff being dropped off at sidewalk where plaintiff was found wounded. This malpractice that Salem hospital surgeons and nurses commited to plaintiff was followed by a unlawful investigation and detention by Woodburn police department which Salem hospital participated in unlawfuly detaining plaintiff, making a false exit wound to the original bullet wound that plaintiff was taken to hospital for. There was no consent whatsoever by immediate family nor plaintiff, for defendents to carry the surgery on their own. Physical evidence, surveillance video, clothing, bullet seized by woodburn police department indicate there was no exit wound in the scrotum. Hypotheticaly speaking plaintiff would not been able to commune to the vehicle to be transported if what salem hospital alleges were true. In addition there was no bullet hole nor blood found in plaintiffs front clothing pants front pockets. Bullet was found caught inbetween plaintiffs wallet –

## Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

enough that it pierced lower right buttock. Right after the incident transpired plaintiff removed the wallet out of the right back pocket to apply pressure; property was given to mother which was seized by woodburn police detective Matthew-J Stearns who discovered bullet stuck in between wallet as stated in hes report Salem hospital also alleges Xrays were taken that should exhibit solid prove that no bullet traveled into pelvis and out the scrotum wounding the penis as well. Knowing the bullet was a 9mm fully metal jacket if entering the buttock and exiting scrotum bullet would exit infront of plaintiff and would never been recovered in plaintiffs wallet. It would of caused major damage to scrotum as well as penis leaving disfigurement to genitals and testicles not intact. In concluding Plaintiff asserts the district court due to the malpractice defendants made plaintiff endure pain and suffering, mentally anguish, emotional distress, public humiliation, Cruel and unusual punishment. Compensate is demanded from each defendent listed below who participated in the malpractice, unlawful investigation and unlawful detention of Plaintiff until authorities made arrest January-01-22 to January-05-22 at Salem hospital, Salem OR

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

| Provider | Role | Specialty |
|---|---|---|
| Andrew J Cleary MD | Admitting Provider / Attending Provider | General surgery |
| Makin, Corby W DO | Attending provider | emergency medicine |
| Warner, Bradley W MD | Surgeon | Urology |
| Porter, Ryan S RN | Registered Nurse | |
| Mathew J Stearns | Detective | |

**Oregon Department of Corrections - AIC Mail**
Institution: T.R.C.I  SID: 15695045
Name: Ivan Cortes Rueda
Address: 82911 Beach Access Rd
City: Umatilla   State: OR   Zip: 97882



PORTLAND OR 972
15 DEC 2023 PM 3 L

U.S District Court
1000 SW Third Ave Suite 740
Portland OR 97204

97204-293790